LAURENCE L. ANGELO, ESQ., SBN 034528     (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant CITY OF RED BLUFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY STEVENS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF RED BLUFF; SUSAN PRICE, as CITY MANAGER OF THE CITY OF RED BLUFF; And DOES 1-20 INCLUSIVE,<br><br>    Defendants. | Case No.: 2:06-CV-00720-LKK-PAN<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** |

  DEFENDANT SUSAN PRICE substitutes JAMES A. WYATT, ESQ. of the LAW OFFICES OF JAMES A. WYATT, P.O. BOX 992338, Redding, California 96099, Telephone (530) 244-6060 as her attorney of record in the place of LAURENCE L. ANGELO, ESQ., of the law firm of ANGELO, KILDAY, and KILDUFF, 601 University Avenue, Suite 150, Sacramento, California 95825, Telephone (916) 564-6100, Facsimile (916) 564-6263, .

1 | I consent to this substitution.

2 | DATED: May _____, 2006

4 | /s/ SUSAN PRICE
SUSAN PRICE

6 | We agree to this substitution.

7 | Dated: May 31, 2006                                    ANGELO, KILDAY & KILDUFF

10 | By:/S/ LAURENCE L. ANGELO
LAURENCE L. ANGELO
Attorney for Defendant
CITY OF RED BLUFF

13 | I accept this substitution.

14 | DATED: May _____, 2006                          LAW OFFICE OF JAMES WYATT

17 | BY:/S/ JAMES WYATT
JAMES WYATT

19 | **O R D E R**

20 | It is so ordered.

21 | Dated: June \_\_6\_\_, 2006

_____
LAWRENCE K. KARLTON
Presiding Judge Emeritus
UNITED STATES DISTRICT COURT

28 | I:\LLA\STEVENS\PLEADINGS\SUBSTITUTION OF ATTORNEYS, ORDER.doc