UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY STEVENS,

                                        NO. CIV. S-06-720 LKK/PAN

          Plaintiff,

     v.                                 O R D E R

CITY OF RED BLUFF, et al.,

          Defendants.
_____/

     The court is in receipt of the parties' request to continue the Status Conference currently set for June 19, 2006.  Good cause appearing, the Status Conference is CONTINUED to August 7, 2006 at 3:30 p.m.  The parties are reminded of their obligation to file status reports not later than ten (10) days preceding the conference.

     IT IS SO ORDERED.

     DATED:  June 9, 2006

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT