```
1  PAUL L. REIN, Esq. (SBN 43053)
   PATRICIA BARBOSA, Esq. (SBN 125865)
2  JULIE MCLEAN, Esq. (SBN 215202)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  (510) 832-5001

5  Attorneys for Plaintiff
   LARRY STEVENS
6
```

                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY STEVENS, | CASE 2:06-CV-00720-LKK-PAN (JFM) |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| CITY OF RED BLUFF; SUSAN PRICE as CITY MANAGER OF THE CITY OF RED BLUFF; and DOES 1-20, Inclusive, | Status Conference |
| | Current Date:  August 7, 2006 |
| | Current Time:  3:30 p.m. |
| Defendants. | Judge: Hon. Lawrence K. Karlton |
| | Place: U.S. District Court |
| | 501 I Street |
| | Courtroom 4 |
| | Sacramento, CA 95814 |
| _____ / | |

        The parties, through their respective attorneys of record, hereby stipulate and request that the Court continue the Status (Pretrial Scheduling) Conference currently scheduled for August 7, 2006 at 3:30 p.m. to August 28, 2006 at 3:00 p.m. for the following good cause:

        1.  The Status (Pretrial Scheduling) Conference was initially scheduled for June 19, 2006.  The parties requested a

---

**Stipulation to Continue Status Conference:** — 1 —
**Case No. 2:06-CV-00720-LKK-PAN (JFM)**

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

c:\windows\temp\notes101aa1\stip to cont status conference.doc

1  two-week continuance of this conference, which would have
2  caused the conference to be held on July 3, 2006, a date
3  available for all counsel.  Instead, the Court moved the Status
4  (Pretrial Scheduling) Conference by seven weeks, to August 7,
5  2006.
6       2.   Plaintiff's counsel begins a major trial in
7  federal court in San Francisco on August 7, 2006, and will thus
8  be unable to appear either telephonically or in person at the
9  Status (Pretrial Scheduling) Conference on August 7.
10      3.   Defense counsel James Wyatt is out of the state
11 on August 7, 2006, and would have to appear at this conference
12 telephonically.
13      4.   Defense counsel Laurence Angelo has no objection
14 to the requested continuance.
15      5.   All parties are available for a Status (Pretrial
16 Scheduling) Conference on August 28, 2006 at 3:00 p.m., a date
17 which this Court's clerk indicates is available for the status
18 conference.
19      Therefore, all parties stipulate and request that
20 this Court continue the Status (Pretrial Scheduling) Conference
21 currently scheduled for August 7, 2006, to August 28, 2006 at
22 3:00 p.m., with each party's status report to be filed no later
23 than August 18, 2006.

24 Dated: July __, 2006          PAUL L. REIN
                                 PATRICIA BARBOSA
25                               JULIE MCLEAN
                                 LAW OFFICES OF PAUL L. REIN
26
                                 /signature on original
27                               _____
                                 Attorneys for Plaintiff
28                               LARRY STEVENS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Status Conference:**  — 2 —
**Case No. 2:06-CV-00720-LKK-PAN (JFM)**
c:\windows\temp\notes101aa1\stip to cont status conference.doc

```
Dated: July __, 2006          LAURENCE L. ANGELO
                              ANGELO, KILDAY, AND KILDUFF

                              /signature on original
                              _____
                              Attorneys for Defendant
                              CITY OF RED BLUFF



Dated: July __, 2006          JAMES A. WYATT
                              LAW OFFICES OF JAMES A. WYATT

                              /signature on original
                              _____
                              Attorneys for Defendant
                              SUSAN PRICE
```

**ORDER**

Good cause shown, the Status (Pretrial Scheduling) Conference is CONTINUED from August 7, 2006 at 3:30 p.m. to August 28, 2006 at 3:00 p.m.  Each party shall file a status report no later than August 18, 2006.

Dated: July 17, 2006.

_____
Hon. Lawrence K. Karlton
U.S. District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation to Continue Status Conference:
Case No. 2:06-CV-00720-LKK-PAN (JFM)                                     — 3 —

c:\windows\temp\notes101aa1\stip to cont status conference.doc