LAW OFFICES OF
**JAMES A. WYATT**
2130 EUREKA WAY
POST OFFICE BOX 992338
REDDING, CA 96099-2338
(530) 244-6060
(530) 244-6069 Facsimile

STATE BAR NO. 081128

Attorney for Defendant
SUSAN PRICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oo0oo---

| | |
|---|---|
| LARRY STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RED BLUFF;<br>SUSAN PRICE, as CITY<br>MANAGER OF THE CITY OF RED<br>BLUFF; and DOES 1 through 20,<br>inclusive;<br><br>    Defendants. | CASE NO. 2:06 CV-00720-LKK EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LARRY STEVENS, defendant SUSAN PRICE, and defendant CITY OF RED BLUFF, by and through their undersigned counsel, that defendant SUSAN PRICE, be dismissed with prejudice pursuant to Federal Rules of

1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

1  Civil Procedure, Rule 41(a)(2), and Eastern District Local rule 83-143, each
2  party to bear their own attorneys fees and costs.
3      It is further stipulated by and between the parties, by and through
4  their undersigned counsel, that this Stipulation and Order for Dismissal with
5  Prejudice may be signed in two or more counterparts to facilitate execution
6  thereof.

8  DATED: December ____, 2006    LAW OFFICE OF JAMES A. WYATT

                                                              _____
                                                               JAMES A. WYATT
                                                               Attorney for Defendant
                                                               SUSAN PRICE

14  DATED: December _11_, 2006    ANGELO, KILDAY & KILDUFF

                                                               /s/ Laurence L. Angelo
                                                               LAURENCE L. ANGELO
                                                               Attorney for Defendant
                                                               CITY OF RED BLUFF

21  DATED: December ____, 2006    LAW OFFICES OF PAUL L. REIN

                                                               _____
                                                               PAUL L. REIN
                                                               Attorney for Plaintiff
                                                               LARRY STEVENS

2

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1  Civil Procedure, Rule 41(a)(2), and Eastern District Local rule 83-143, each
2  party to bear their own attorneys fees and costs.
3      It is further stipulated by and between the parties, by and through
4  their undersigned counsel, that this Stipulation and Order for Dismissal with
5  Prejudice may be signed in two or more counterparts to facilitate execution
6  thereof.

8  DATED: December 15, 2006        LAW OFFICE OF JAMES A. WYATT

10                                 _____
11                                 JAMES A. WYATT
                                   Attorney for Defendant
12                                 SUSAN PRICE

14  DATED: December ___, 2006       ANGELO, KILDAY & KILDUFF
15

17                                 _____
                                   LAURENCE L. ANGELO
18                                 Attorney for Defendant
                                   CITY OF RED BLUFF

21  DATED: December 13, 2006        LAW OFFICES OF PAUL L. REIN
22
23                                 _____
                                   PAUL L. REIN
24                                 Attorney for Plaintiff
                                   LARRY STEVENS

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER**

IT IS SO ORDERED.

DATED: January 4, 2007

_____
United States District Court Judge

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

3