1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LARRY STEVENS,

11         Plaintiff,                No. CIV S-06-0720 LKK EFB (GGH)

12     vs.

13  CITY OF RED BLUFF, et al.,

14         Defendants.               ORDER STAYING PROCEEDINGS

15  _____/

16         After consultation with Judge Karlton, and in view of the parties desire to stay
17  proceedings in order to engage in a settlement process, the undersigned orders as follows:
18         All proceedings in this case are stayed for 120 days from the filed date of this
19  order; all presently scheduled dates are vacated; if settlement is not reached, new scheduling
20  dates will be promptly ordered by the undersigned after consultation with Judge Karlton.
21         During the period of stay, plaintiff agrees to a moratorium of denial of access
22  damages, i.e., that any alleged deficiency of defendant's programs or facilities will not give rise
23  to a claim for damages under federal ADA law, or California law equivalents.  No waiver of the
24  ability to claim damages/other relief for any other law violation should such occur during the 120
25  day period is intended.
26  \\\\\

1 It appeared at the first settlement conference that an agreement regarding visually enhanced documents for use at City Council meetings could be achieved in a short time, if only for an interim period. Within two weeks of the filed date of this order, the parties shall submit a stipulation to this effect, or notice the undersigned with the issues that remain unresolved.

No later than May 18, 2007, defendants shall respond in writing to plaintiffs' counsel concerning the non-document, ADA/California law alleged access deficiencies alleged by plaintiff's expert. The undersigned will be available from May 21-31 on an agreed date basis to hold a further conference regarding disputed issues.

*All written and verbal responses in this settlement process shall be considered confidential for settlement purposes* pursuant to federal law.

DATED: 5/10/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
stevens.ord