PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff
LARRY STEVENS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY STEVENS, | CASE 2:06-CV-00720-LKK-PAN (JFM) |
| Plaintiff, | Civil Rights |
| v. | |
| CITY OF RED BLUFF; and DOES 1-20, Inclusive, | 2nd STIPULATION AND ORDER REGARDING CONTINUANCE OF SETTLEMENT DATES SET FORTH IN MAGISTRATE JUDGE GREGORY G. HOLLOWS' ORDER STAYING PROCEEDINGS DATED 5/10/07 |
| Defendants. | |

_____/

1.  On May 10, 2007, Magistrate Judge Gregory G. Hollows, the settlement judge in this matter, issued an Order staying all proceedings to give the parties an opportunity to settle the case. Judge Hollows set certain deadlines for settlement proceedings, including agreement on an interim agreement for providing large-print format public documents to members of the public with visual impairments. The agreement is close to final but could not be finalized before defendant's lead cousel Larry Angelo's out of state vacation (the policy which the City has already adopted, and which will be the basis for the interim agreement, is attached hereto as Exhibit 1). Therefore, the parties have conferred with each other and with Judge Hollows, and have agreed to the following:

2nd Stipulation Regarding Extension of Dates: Case No. 2:06-CV-00720-LKK-PAN (JFM)                — 1 —

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

2. The parties will have _until July 2, 2007, to submit to the Court a stipulation for an interim agreement regarding provision of large-print City documents to visually impaired persons, or to notify Judge Hollows that the parties have been unable to reach an agreement as to an interim policy, and to request his assistance in resolving the matter. In the interim, the City will conform to the policy attached hereto as Exhibit 1.

Dated: June 4, 2007

PAUL L. REIN
PATRICIA BARBOSA
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

/s/ Julie Ostil
Attorneys for Plaintiff
LARRY STEVENS

Dated: June 4, 2007

LAURENCE L. ANGELO
CARRIE FREDERICKSON
ANGELO, KILDAY, AND KILDUFF

/s/ Carrie Frederickson
Attorneys for Defendant
CITY OF RED BLUFF

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: June 13, 2007

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

2nd Stipulation Regarding Extension of Dates: Case No. 2:06-CV-00720-LKK-PAN (JFM)

— 2 —