IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY STEVENS,

    Plaintiffs,                          No. CIV S-06-0720 LKK PAN (GGH)

    vs.

CITY OF RED BLUFF, et al.,

    Defendants.                       ORDER

_____/

        After consultation with, and by the approval of, the Honorable Lawrence K. Karlton, the stay of litigation proceedings for the purpose of settlement proceedings entered on May 10, 2007 is extended to September 28, 2007. If necessary, the case will be rescheduled expeditiously after September 28, earlier if settlement negotiations collapse prior to that time.

Dated: 8/1/07

                                          /s/ Gregory G. Hollows
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
stevens.eot

1