1  LAURENCE L. ANGELO, ESQ., SBN 034528   (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
2  Attorneys at Law
3  601 University Avenue, Suite 150
Sacramento, CA  95825
4  Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263
5
6  Attorneys for City Defendant CITY OF RED BLUFF

7

8  ### UNITED STATES DISTRICT COURT

9  ### EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| LARRY STEVENS, | Case No.: 2:06-CV-00720-LKK-PAN |
| Plaintiff, | CIVIL RIGHTS |
| vs. | **CONSENT DECREE AND ORDER** |
| CITY OF RED BLUFF; SUSAN PRICE, as CITY MANAGER OF THE CITY OF RED BLUFF; And DOES 1-20 INCLUSIVE, | |
| Defendants. | |

### CONSENT DECREE AND ORDER

1.    Plaintiff LARRY STEVENS (hereafter "Plaintiff") filed a Complaint in this action on April 4, 2006, to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101, *et seq.*, § 504 of the Rehabilitation Act of 1973 and California civil rights laws against Defendant, CITY OF RED BLUFF (hereafter "Defendant").   Plaintiff has alleged that

1  Defendant violated Title II of the ADA and §§ 54 and 54.1 of the California Civil

2  Code and §§ 4450, *et seq.,* § 11135 of the California Government Code by failing

3  to provide full and equal access to its services, programs and activities.

4      2.    Defendant CITY OF RED BLUFF denies the allegations in the

5  Complaint and by entering into this Consent Decree and Order does not admit

6  liability for any of the allegations in Plaintiff's Complaint filed in this action.  The

7  parties enter into this Consent Decree and Order for the purpose of resolving this

8  lawsuit without the need for protracted litigation, and without the admission of any

9  liability.

10  **JURISDICTION**

11      3.    The parties to this Consent Decree agree that the Court has

12  jurisdiction of this matter pursuant to 28 U.S.C. § 1331 for violations of the

13  Americans with Disabilities Act of 1990, 42 U.S.C. 12101, *et seq.* and pendant

14  jurisdiction.

15      4.    In order to avoid the costs, expense and uncertainty of protracted

16  litigation, the parties to this Consent Decree agree to entry of this Order to resolve

17  all claims raised in the Complaint filed with this Court.  Accordingly, they agree to

18  the entry of this Order without trial or further adjudication of any issues of fact or

19  law concerning Plaintiff's claims other than as provided herein.

20      WHEREFORE, the parties to this Consent Decree agree and stipulate to the

21  Court's entry of this Consent Decree and Order, which provides as follows:

22  **SETTLEMENT OF INJUNCTIVE RELIEF**

23      5.    This Order shall be a full, complete, and final disposition and

24  settlement of Plaintiff's claims against Defendant, its employees, agents, officers

25  and representatives that have arisen out of the subject Complaint.  The parties

26  agree that there has been no admission or finding of liability or violation of the

27  ADA and/or California civil rights laws, and this Consent Decree and Order should

28  not be construed as such.

1    6.    The parties agree and stipulate that the corrective work hereafter
2    described will be performed in compliance with the standards and specifications
3    for disabled access as set forth in the California Code of Regulations, Title 24-2
4    and Americans with Disabilities Act Accessibility Guidelines, unless other
5    standards are specifically agreed to in this Consent Decree and Order, as set forth
6    in the conceptual drawings, study and proposal prepared by Defendant.

7    a)    Remedial Measures, Physical Work To Be Done:  The physical
8    work agreed upon by the Parties is described in "Exhibit A" to this Consent
9    Decree, which is attached hereto and incorporated herein by reference as
10   though fully set forth at length at this place.

11   b)    Remedial Measures, Policy Modifications:    The policy
12   modifications agreed to by the Parties are described in "Exhibit B" to this
13   Consent Decree which is attached hereto and incorporated herein by
14   reference as though fully set forth at length at this place.  The policy will be
15   adopted no more than 30 days following the parties' execution of the
16   Consent Decree and Order or at the next meeting of the Red Bluff City
17   Council on which the policy may be agendized, whichever occurs first.

18   c)    Timing of Physical Corrective Work:    The timing of the
19   physical work agreed upon by the Parties is included in "Exhibit A".  In the
20   event that unforeseen difficulties prevent Defendant from completing any of
21   the agreed-upon injunctive relief, Defendant, or its counsel, will notify the
22   Court and Plaintiff's counsel within 20 days of discovering the delay.
23   Plaintiff will then either stipulate to an extension of time, based on
24   Defendant's showing of good cause, or if the parties cannot agree, require
25   that Defendant make a motion for relief to the Court, preferably before
26   Magistrate Judge Gregory G. Hollows or if Judge Hollows is unavailable
27   any other Magistrate Judge pursuant to 28 U.S.C. § 636(c).    Further
28   Defendant, or its counsel, will provide a status report to the Court no later

1    than 150 days from the entry of this Consent Decree.

2        d)    City Hall:   Braille signage shall be placed on each restroom
3    designed for the disabled in City Hall and the paper towel dispensers in said
4    restrooms will be raised to comply with the ADA.

5        e)    Community Center:   Provide 4 ft. 9 slope landing behind
6    existing ADA ramp, relocate disability parking space and stripe per ADA
7    standards; add concrete triangle to existing pathway to provide compliant
8    path of travel from parking to entry; add hand rails to entry ramp and install
9    automatic door entrance.

10       f)    The front entrance of the bar located on Washington, across
11   from the Courthouse, will be reconstructed to bring the slopes and cross-
12   slopes of said entrance to within the percentage required by the Code.

13   **DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS:**

14   7.    The parties have reached agreement regarding Plaintiff's claims for
15   damages, attorney fees, litigation expenses and costs.  Defendant shall transmit, no
16   later than October 27, 2007, a check payable to "Paul L. Rein in Trust for Larry
17   Stevens" in the amount of $185,000.  $30,000 of this amount is allocated in full
18   satisfaction of Plaintiff's claims for damages for personal injury, civil rights
19   violations, and any other form of damages.  $155,000 of this amount is allocated in
20   full satisfaction of Plaintiff's claims for attorney fees, litigation expenses and costs.

21   **ENTIRE CONSENT ORDER**

22   8.    This Consent Decree and Order and Exhibits attached to this Consent
23   Decree, which are incorporated herein by reference as if fully set forth in this
24   document, constitutes the entire agreement between the signing parties, and no
25   other statement, promise or agreement, either written or oral, made by any of the
26   parties or agents of any of the parties, that is not contained in this written Consent
27   Decree and Order, shall be enforceable regarding the matters described herein.

28   ///

**CONSENT ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST**

9.     This Consent Decree and Order shall be binding on Plaintiff LARRY STEVENS, his attorneys and Defendant CITY OF RED BLUFF, and any successors in interest.  The parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVE OF CIVIL CODE § 1542**:

10.     Each of the parties to this Consent Decree understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree, any or all of them will incur, suffer, or experience some further loss or damage which respect to the lawsuit which are unknown or unanticipated at the time this Consent Decree is signed.  Except for all obligations required in this Consent Decree, the parties intend that this Consent Decree apply to all such further loss with respect to the lawsuit, except those caused by the parties subsequent to the execution of this Consent Decree.  Therefore, except for all obligations required in this Consent Decree, this Consent Decree shall apply to and cover any and all claims, demands, actions and causes of action by the parties to this Consent Decree with respect to the lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of § 1542 of the California Civil Code are hereby expressly waived.  Section 1542 provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH DEBTOR.

///

11.    Except for all obligations required in this Consent Decree, each of the parties to this Consent Decree, on behalf of each, their representative agents, representatives, predecessors, successors, heirs, partners and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint ventures, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with this Lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER**:

12.    This Consent Decree and Order shall be in full force and effect for a period of twelve (12) months after the date of entry of this Consent Decree and Order, or until the relief contemplated by this Order is completed, whichever occurs later. The Court shall retain jurisdiction of this action to enforce provisions of this Order for twelve (12) months after the date of this Consent Decree, or until the relief contemplated by this Order is completed, whichever occurs later.

**SEVERABILITY**:

13.    If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**COVENANT NOT TO SUE**

14.    Plaintiff, LARRY STEVENS, and the Law Offices of Paul L. Rein, including all attorneys therein, shall for the next four years from the date of the above-mentioned Order fully refrain from bringing, inducing, encouraging, or assisting in the bringing of any action or proceeding against the CITY OF RED BLUFF, its employees, agents, officers or representatives for any claimed violation, act or omission under the ADA or any of the other laws or statutes asserted in the Complaint on file herein. "Assisting" does not include mere

1  reference to matters of public record. "Assisting" does include reference to
2  documents, case information, and evidence pertaining to this litigation which are
3  not matters of public record.  This covenant not to sue does not preclude the Law
4  Offices of Paul L. Rein and the attorneys therein from referring a client seeking
5  their assistance to another law firm with regard to any such lawsuit or legal
6  proceeding; nor does it preclude Plaintiff or said Law Offices and attorneys from
7  responding to a valid subpoena or Court order requiring unprivileged information.
8  During said four year period, all applicable statutes of limitations shall be tolled
9  unless on or before the end of that four year period the CITY OF RED BLUFF
10 shall create and begin implementation of a transition plan for its streets and
11 sidewalks which fully complies with the ADA.  If Defendant claims to have done
12 so at any time, Defendant shall within 20 days notify Plaintiff's counsel in writing,
13 including a full copy of such transition plan.  If Plaintiff, LARRY STEVENS,
14 contests such full compliance, then and in that event, the CITY OF RED BLUFF
15 may submit the matter to the Court and specifically The Honorable Magistrate
16 Judge Gregory G. Hollows or, if Judge Hollows is unavailable, any other
17 Magistrate Judge pursuant to 28 U.S.C. § 636(c) to determine such compliance.
18 The determination of the Court in favor of Defendant shall preclude any such
19 lawsuit or proceeding by Plaintiff.

20 **GOOD CAUSE**

21     15.    If during the period covered by the Consent Decree and Order the
22 CITY OF RED BLUFF is unable to perform one or more of the duties set out in
23 the Consent Decree and Order, and if the parties are unable to reach agreement
24 after notification of Plaintiff's counsel as required in paragraph 6c, then Defendant
25 may seek relief from the Court, specifically the Honorable Magistrate Judge
26 Gregory G. Hollows, or if he is not available, from any other Magistrate Judge
27 pursuant to 28 U.S.C. § 636(c), and Defendant shall be entitled to such relief upon
28 a showing of good cause.  Plaintiff reserves the right to apply to the Court for any

1  attorney's fees, litigation expenses, and costs reasonably incurred in responding to
2  such application by Defendant. Defendant does not concede such right and will
3  strongly contest it.

4  **SIGNATORIES BIND PARTIES**:

5      16.    Signatories on the behalf of the parties represent that they are
6  authorized to bind the parties to this Consent Decree and Order. This Consent
7  Decree and Order may be signed in counterparts and a facsimile signature shall
8  have the same force and effect as an original signature.

10  Dated: _10-2_____, 2007.

13                              Plaintiff LARRY STEVENS

15  Dated: _10-16___, 2007.       Defendant CITY OF RED BLUFF

17                              By:

19
20  APPROVED AS TO FORM

21  Dated: September 25, 2007.    PAUL L. REIN
22                              PATRICIA BARBOSA
23                              JULIE OSTIL
24                              LAW OFFICES OF PAUL L. REIN

25
26                              By: Julie Ostil
27                              JULIE OSTIL
                                Attorneys for Plaintiff
28

8
CONSENT DECREE AND ORDER

Dated: _Oct. 17_____, 2007.          ANGELO, KILDAY & KILDUFF

                                     By_____
                                        LAURENCE L. ANGELO
                                        Attorneys for Defendant
                                        CITY OF RED BLUFF

## ORDER

Pursuant to stipulation and good cause shown, **IT IS SO ORDERED**.

Dated: **10/28/07**          _____
                             Lawrence K. Karlton
                             United States District Court

I:\LLA\STEVENS\PLEADINGS\CONSENT DECREE AND ORDER.doc

## Key to Exhibits A

| | |
|---|---|
| INTERSECTION OF OAK AND WASHINGTON | 1 |
| INTERSECTION OF PINE AND WASHINGTON | 2 |
| SIDEWALK NEAR INTERSECTION OF MADISON AND PINE | 3 |
| INTERSECTION OF MADISON AND OAK | 4 |
| INTERSECTION OF JEFFERSON AND OAK | 5 |
| SIDEWALK ALONG PINE BETWEEN WASHINGTON AND MAIN STREET | 6 |
| INTERSECTION OF GIVENS AND JACKSON | 7 |
| INTERSECTION OF KIMBALL AND BURGESS | 8 |
| SIDEWALK IN FRONT OF 720 KIMBALL | 9 |
| SOUTH JACKSON AND KIMBALL STREETS (contingent) | 10 |
| WILLOW AND MAIN STREETS | 11 |
| SIDEWALK BETWEEN OAK AND PINE ALONG WASHINGTON STREET | 12 |
| RED BLUFF RIVER PARK | 13 |
| ALLEY 328 OAK STREET | 14 |

## ADA PROJECT

### 1 YEAR IMPROVEMENTS

#1      Washington 7 Oak – 4 Corners – Full Improvements Per attached Original Study

Cost:  $38,900 + (25%) PS&E, (10%) Construction Management & (10%) Contingency
$$(38,900 + 9,725 + 3,890 + 3,890)$$

Total   $56,405

#5      Jefferson & Oak – 4 Corners – Full Improvements Per attached Original Study

Cost:  $27,500 + (25%) PS&E, (10%) Construction  Management & (10%) Contingency
$$(27,500 + 6,875 + 2,750 + 2,750)$$

Total   $39,875

#7      Complete S. Jackson to provide 36 inch clearance around power poles.

#11     Willow & Main – Install Double Rails – 165' Rail @ 25/FT

Cost $4,125 + (25%) PS&E, (10%) Construction Management & (10%) Contingency
$$(4,125 + 1,031 + 412 + 412)$$

Total   $5,980

### TOTAL 1 YEAR IMPROVEMENTS = $102,260 ($70,525 CONSTRUCTION)

### 1 YEAR IMPROVEMENTS – TIME LINE

| | |
|---|---|
| All work must be completed by | October 8, 2008 |
| Council accepts work | October 7, 2008 |
| Complete by | September 1, 2008 |
| 50 working days | (70 Calendar) |
| Begin work | June 23, 2008 |
| Award Contract | May 6, 2008 |
| Advertise (3 Weeks) | April 10, 2008 |
| Div. State Architect Review | (3 Weeks) |
| Design & Write Contract | (10 Weeks) |
| Begin Design | January 7, 2008 |

**EXHIBIT  A**

# ADA STUDY 4-28-07

Washington and Oak Street N.E. Corner

| Item No. | Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Concrete Ramps ADA | 1 | EA | $4,000 | $4,000 |
| 2 | Detectable /Tactile Warning Surface | 2 | EA | $500 | $1,000 |
| 3 | 12" Solid White - Thermoplastic Stripe | 100 | LF | $6.00 | $600 |
| 4 | Remove existing pavement markers | 1 | LS | $50 | $50 |
| 5 | Traffic Control | 1 | LS | $100 | $100 |
| 6 | Drainage piping | 1 | LS | $800 | $800 |
| 7 | 7 Foot Radius Apron | 2 | EA | $900 | $1,800 |
| 8 | Railing | 70 | LF | $25 | $1,750 |
| 9 | Sidewalk Ramps | 2 | EA | $1,000 | $2,000 |
| 10 | Suporrt Wood Post | 1 | EA | $500 | $500 |
| **Construction Subtotal** | | | | | $12,600 |

Estimated time                                   9 Days



1"=10' SCALE

348
346

DOORWAY

11.6'

7.0'

SECTION —B—

4%

8.8'

7.5%

11.2

—A—

2.5%

5%

5.6'

7.65'
TYP

.45'

1.5%

7.5'

5%

11.5'

7.5%

1.5%

20'

6'

4'
WIDE RAMP

7.0'

5%

7" DIA
WOOD POLE
TYP

—B—

HAND RAIL (TYP)

SECTION —A—

4'
WIDE RAMP

OAK   ST

WASHINGTON   ST

# ADA STUDY 4-28-07
Washington and Oak Street S.E. Corner

| Item No. | Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Concrete Ramps ADA | 1 | EA | $4,000 | $4,000 |
| 2 | Detectable /Tactile Warning Surface | 2 | EA | $500 | $1,000 |
| 3 | 12" Solid White - Thermoplastic Stripe | 100 | LF | $6.00 | $600 |
| 4 | Remove existing pavement markers | 1 | LS | $50 | $50 |
| 5 | Traffic Control | 1 | LS | $100 | $100 |
| 6 | Drainage piping | 1 | LS | $800 | $800 |
| 7 | 7 Foot Radius  Apron | 2 | EA | $900 | $1,800 |
| 8 | Railing | 94 | LF | $25 | $2,350 |
| 9 | Sidewalk Ramps | 2 | EA | $1,000 | $2,000 |

**Construction Subtotal**                                                    $12,700


Estimated time                                          9 days



# Preliminary Estimate

## ADA STUDY 4-28-07

Washington and Oak Street S.W. Corner

| Item No. | Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Concrete Ramps ADA | 1 | EA | $4,000 | $4,000 |
| 2 | Detectable /Tactile Warning Surface | 1 | EA | $500 | $500 |
| 3 | 12" Solid White - Thermoplastic Stripe | 100 | LF | $6.00 | $600 |
| 4 | Remove existing pavement markers | 1 | LS | $50 | $50 |
| 5 | Traffic Control | 1 | LS | $100 | $100 |

**Construction Subtotal**                                         $5,250

Esimated Time                              9 Days



OAK ST

WASHINGTON ST

1"=10' SCALE

Section A-A

SLOPE 1.8%

SLOPE 8.33%

5.3% EXIST

14.6' R

8.33% Max

Flare

Flare

.5%

Landing

Sidewalk

10.0'

.5%

4.9'

9.65'

A

A

CITY HALL

# ADA STUDY 4-28-07

Washington and Oak Street N.W. Corner

| Item No. | Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Concrete Ramps ADA | 1 | EA | $4,000 | $4,000 |
| 2 | Detectable /Tactile Warning Surface | 2 | EA | $500 | $1,000 |
| 3 | 12" Solid White - Thermoplastic Stripe | 100 | LF | $6.00 | $600 |
| 4 | Remove existing pavement markers | 1 | LS | $50 | $50 |
| 5 | Traffic Control | 1 | LS | $100 | $100 |
| 6 | Drainage piping | 1 | LS | $800 | $800 |
| 7 | 7 Foot Radius  Apron | 2 | EA | $900 | $1,800 |
| **Construction Subtotal** | | | | | $8,350 |

Estimated Time                                     12 Days



# ADA STUDY 4-28-07

Jefferson and Oak St 4-Corners

| Item No. | Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Concrete Ramps ADA | 6 | EA | $3,000 | $18,000 |
| 2 | Detectable /Tactile Warning Surface | 6 | EA | $500 | $3,000 |
| 3 | 12" Solid White - Thermoplastic Stripe | 300 | LF | $6.00 | $1,800 |
| 4 | Remove existing pavement markers | 1 | LS | $400 | $400 |
| 5 | Traffic Control | 1 | LS | $1,000 | $1,000 |
| 6 | Sidewalk New 4" | 100 | SF | $15 | $1,500 |
| 7 | 7 Foot Radius  Apron | 2 | EA | $900 | $1,800 |
| | | | | | $0 |

**Construction Subtotal**                                    $27,500

Estimated Time                                    **24** Days



COURT HOUSE

6" RETAINING CURB

5' MIN

8.3% MAX

2% MAX

8.3% MAX

NEW RAMP

Sidewalk

6" RETAINING CURB

5' MIN

8.3% MAX

2% MAX

8.3% MAX

NEW RAMP

REMOVE EXIST. RAMP AND REPLACE WITH 8' OF STD CG & SW

OAK ST

JEFFERSON ST.

1" = 10' SCALE



1"=10' SCALE

519—517

SIDEWALK

OAK ST

6" CURB TYP

2% MAX

8.3% MAX

4' MIN

SIDEWALK

8.3% MAX

2%

PLANTER AREA TYP.

12'R

4' MIN

7' WIDE AC
2% SLOPE TO
CURB LINE

PROVIDE DRAIN
SLOT & GRATE

JEFFERSON   ST.

1"=10' SCALE

JEFFERSON   ST.

PROVIDE DRAIN
SLOT & GRATE

7' WIDE AC
2% SLOPE TO
CURB LINE

4'MIN

12'R

2%

PLANTER
AREA TYP

8.3%
MAX

SIDEWALK

2%
MAX

8.3%
MAX

4'MIN

SIDEWALK

6" CURB TYP



OAK   ST

## ADA PROJECT

4 YEAR PLAN TO BE COMPLETED BY 10-08-2011

| #2 | Intersection of Pine and Washington for: Install Tactile | $ 1,600 |
|---|---|---|

| #3 | Sidewalk near intersection of Madison and Pine: Trim Trees | $   700 |

| #4 | Intersection of Jefferson and Oak: Trim Trees | $   700 |

| #6 | Sidewalk along Pine between Washington and Main: Per attached specifications | $23,100 |

| #8 | Intersection of Kimball and Burgess Per attached Original Drawing | $15,785 |

| #9 | 720 Kimball Street per attached specifications | $ 1,300 |

#10    South Jackson and Kimball Street: this "upgrade" is tied to private construction which is federally funded. The City will have this work done within a reasonable time depending upon the circumstances existent at the time and confronted by the private contractor. If the work is not completed by the present private contractor or any successor in a manner compliant with the ADA, the City will do so and include that as part of this four year plan.

| #12 | On Washington between Oak and Pine: Remove Crosswalk | $ 4,000 |

| #13 | Red Bluff River Park: 1 ADA Accessible Table | $ 7,200 |

| #14 | 328 Oak Street Alley: Per attached specifications | $ 6,000 |

|  |  | $60,385 |
| PS&E @ 25% |  | 15,100 |
| Contingency @ 25% |  | 15,100 |
| Construction Management @ 10% |  | 6,040 |
|  | Total | $96,625 |

**Time Line**

| | |
|---|---|
| Completed by | 10-8-2011 |
| Council accept work | 10-2011 |
| Work Complete | 9-2011 |
| 50 working days | (70 Calendar) |
| Begin work | 6-2011 |
| Award Contract | 5-2011 |
| Advertise (3 Weeks) | 4-2011 |
| Div. State Architect Review | (3 Weeks) |
| Design & Write Contract | (10 Weeks) |
| Begin Design | 1-2011 |

Yearly reports regarding progress will be provided to the Court and Plaintiffs' counsel.

If reasonably feasible the City will in good faith endeavor to complete some or all of the work outlined above before 10-8-2011.  However, in any event, the work will be done by 10-8-2011.

# ADA STUDY 4-28-07

Pine between Washington and Main Street

| Item No. | Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Traffic Control | 1 | LS | $100 | $100 |
| 2 | Sidewalk R&R 4" | 1300 | SF | $15 | $19,500 |
| 3 | Remove and Reconstruct step for unifrom riser height | 240 | SF | $15 | $3,600 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |

**Construction Subtotal**                                    $23,100

Estimated Time                                    18 Day

 

# ADA STUDY 4-28-07
Burgess and Kinball St 3-Corners

| Item No. | Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Concrete Ramps ADA | 3 | EA | $4,000 | $12,000 |
| 2 | Detectable /Tactile Warning Surface | 3 | EA | $500 | $1,500 |
| 3 | 12" Solid White - Thermoplastic Stripe | 280 | LF | $6.00 | $1,680 |
| 4 | Remove existing pavement markers | 1 | LS | $200 | $200 |
| 5 | Traffic Control | 1 | LS | $300 | $300 |
| 6 | Paint Red Curb | 5 | LF | $1 | $5 |
| 7 | Traffic Control | 1 | LS | $100 | $100 |
| **Construction Subtotal** | | | | | **$15,785** |

Estimated time                    15  Days



6" RETAINING CURB

5'MIN

8.3% MAX    2% MAX    8.3% MAX

NEW RAMP

S

KIMBALL    RD.

BURGESS ST.

1"=10' SCALE



KIMBALL RD.

NEW CROSSWALK STRIPS

6" RETAINING CURB

8.3% MAX

5' MIN

2% MAX

8.3% MAX

NEW RAMP

1"=10' SCALE

BURGESS ST.

NEW RAMP

8.3% MAX

2% MAX

8.3% MAX

5' MIN

6" RETAINING CURB

# ADA STUDY 4-28-07

720 Kimball St

| Item No. | Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Sidewalk R&R 4" | 80 | SF | $15 | $1,200 |
| 2 | Traffic Control | 1 | LS | $100 | $100 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |

**Construction Subtotal** $1,300

Estimated Time 2 Day



# ADA STUDY 4-28-07

Alley at 328 Oak Street

| Item No. | Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Drive way R&R | 250 | SF | $20 | $5,000 |
| 2 | Traffic Control | 1 | EA | $500 | $500 |
| 3 | Reset Christy Box | 1 | EA | $500.00 | $500 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | Alley declared as not a pedestrian pathway | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |

**Construction Subtotal**                                                    $6,000

Estimated Time                                          8 Days

APP # _____

## PRINT ENLARGEMENT POLICY OF THE CITY OF RED BLUFF

For those visually impaired persons, who in order to read a city document, must have the print enlarged, the City of Red Bluff adopts the following policy.

### COPIES OF PUBLIC RECORDS

Copies of City's public records will be enlarged to 18 point font regarding all printed material and provided to visually impaired persons upon receipt of a written request to the City Clerk on a City provided form in enlarged print format. Enlarged copies shall be provided to that person within two business days following receipt of the request form. Copy charges applicable to the public generally shall apply to copies provided pursuant to this paragraph.

### COPIES OF AGENDA AND SUPPORTING DOCUMENTS OF THE RED BLUFF CITY COUNCIL, PLANNING COMMISSION AND CITY PARKS AND RECREATION COMMISSION

Agenda, minutes, and reports supporting the agenda are available at www.ciredbluff.ca.us and by navigating to "Agenda/Minutes". Copies of meeting agendas, minutes and staff reports can be obtained by clicking on the appropriate date. On the agendas themselves, the visually impaired person may click on a particular agenda item and access the staff report or other background material regarding that item. City generated textual documents shall appear in large print of 18 point font "PDF" or "Word" format which can be printed by the individual. For regular City Council meetings, this free



EXHIBIT B

service is available online on the Friday before the following Tuesday Red Bluff City Council meeting to anyone with computer access. For other City meetings, including special City Council meetings, the City shall use its best efforts to post, on-line, agendas for the relevant meetings, in compliance with the notice time lines set forth in the Ralph M. Brown Act (Calif. Government Code § 54950 et seq.).

Visually impaired persons who request printed enlargements on any agenda documents, can request such enlargements from the Red Bluff City Clerk. The Clerk will make every reasonable effort to enlarge the document requested and have that document ready for the visually impaired person at City Hall, at no cost, within one business day of the request.

Further, any person without access to a computer may on or before 5:00 p.m. on the Friday preceding the next scheduled meeting of the Red Bluff City Council file a form with the City Clerk requesting such enlargement and the City Clerk will make reasonable efforts to enlarge the document and have it ready for that person within one business day of the request, at no cost.

Finally, if such visually impaired person has any agenda document or documents enlarged at his or her own expense, he or she need only attend the meeting of the Red Bluff City Council where such document or documents appear on the agenda for that meeting and present the receipt for that expense. Thereafter he or she will be reimbursed by the City of Red Bluff for their actual expense.

I:\LLA\STEVENS\PRINT ENLARGEMENT POLICY - EX B.doc